UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SPENCER W. GUILBEAU, WILFRED M. GUILBEAU AND MELISSA M. GUILBEAU | * * * * | CIVIL ACTION NO. 09-740 |
| VERSUS | * * | JUDGE: JAMES J. BRADY |
| YAMAHA MOTOR CORPORATION, U.S.A., YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICAN AND YAMAHA MOTOR CO., LTD. | * * * * * | MAG: CHRISTINE A. NOLAND |

*************************************************************************

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiffs, Spencer W. Guilbeau, Wilfred M. Guilbeau and Melissa M. Guilbeau (Plaintiffs), and Defendants, Yamaha Motor Corporation, U.S.A., Yamaha Motor Manufacturing Corporation of America and Yamaha Motor Co., Ltd. (Yamaha Defendants), by and through their respective attorneys, and hereby stipulate and agree pursuant to Rule 41 of the Federal Rules of Civil Procedure that this matter should be dismissed, with prejudice.

**IT IS HEREBY ORDERED** that the above-captioned action and all claims in the action are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Section I.B.2.a. of the Common Benefit Order [Doc. #2021] ("CBO") entered in the proceeding styled *In Re: Yamaha Motor Corp. Rhino ATV Products Liability Litigation*, Master File No. 3:09-MD-2016-JBC ("MDL 2016"), requires the Yamaha Defendants to withhold five percent (5%) from the total settlement amount payable to Plaintiff. Counsel for Plaintiff and counsel for the Yamaha Defendants certify that a five percent (5%) assessment against the

recovery of this action has been withheld and deposited into the Common Benefit Fund. *See* Exhibit "A," Certificate of Compliance.

It is **ORDERED** this 9th day of October, 2012. BATON ROUGE, LA.

_____
HONORABLE JAMES J. BRADY
DISTRICT JUDGE

AGREED TO:

s/J. E. Cullens, Jr.
_____
J.E. CULLENS, JR.
EDWARD J. WALTERS, JR.
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
Telephone: (225) 236-3636
**Counsel for Plaintiffs, Spencer W. Guilbeau, Wilfred M. Guilbeau and Melissa M. Guilbeau**

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Joseph G. Glass
_____
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
jglass@duplass.com
**Counsel for Defendants, Yamaha Motor Corporation, U.S.A., Yamaha Motor Co., Ltd. and Yamaha Motor Manufacturing Corporation of America**

00413638-1                                                    2

Case 3:09-cv-00740-JJB-SCR   Document 23   10/09/12   Page 2 of 3

# EXHIBIT A

## CERTIFICATE OF COMPLIANCE

## MDL COMMON BENEFIT ORDER

Pursuant to Section I.B.3 of the MDL Common Benefit Order ("CBO"), entered in MDL 2016, on October 6, 2010, and as supplemented on April 1, 2011, counsel for Yamaha Motor Corporation, U.S.A., Yamaha Motor Manufacturing Corporation of America, and Yamaha Motor Company, Ltd. (the "Yamaha Defendants") and the undersigned plaintiffs' counsel hereby certify that a 5% assessment against the recovery in this action by Spencer Wayne Guilbeau, Wilfred M. Guilbeau and Melissa M Cuilbeau has been withheld and paid to the Common Benefit Account.

A copy of this Certificate shall accompany the Order of Dismissal in this action.

Date: October 5, 2012

By: s/ Joseph G. Glass

Joseph G. Glass
Counsel for the Yamaha Defendants

Date: October 5, 2012

By: s/ J. E. Cullens, Jr.

J.E. Cullens, Jr.
Counsel for Plaintiffs